UNITED STATES DISTRICT COURT

Northern District of California

JUDITH BLACKWELL,

                Plaintiff(s),                No. C 09-04027 MEJ

   v.

INDYMAC BANK FSB,                  **ORDER TO SHOW CAUSE**

                Defendant(s).

_____/

On September 4, 2009, the Defendant in the above-captioned matter filed a Motion to Dismiss, with a noticed hearing date of October 8, 2009. (Dkt. #4.) Pursuant to Civil Local Rule 7, Plaintiff's opposition or statement of non-opposition was due by September 17, 2009. However, Plaintiff failed to file an opposition. Accordingly, the Court hereby VACATES the October 8, 2009 motion to dismiss hearing and ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Plaintiff shall file a declaration by October 8, 2009, and the Court shall conduct a hearing on October 22, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: September 21, 2009

                                                  _____
                                                  Maria-Elena James
                                                  Chief United States Magistrate Judge