UNITED STATES DISTRICT COURT

Northern District of California

JUDITH BLACKWELL,

               Plaintiff(s),               No. C 09-04027 MEJ

  v.

INDYMAC BANK FSB,                  **ORDER TO SHOW CAUSE**

               Defendant(s).
_____/

This matter is currently scheduled for a case management conference on December 10, 2009. However, no joint case management conference statement has been filed, and no appearances by any of the remaining defendants have been made. Further, as evidenced by the previous two orders to show cause in this matter, Plaintiff's counsel has repeatedly failed to comply with his obligations in this case. (*See* Dkt. ## 8, 11, 13.) Accordingly, the Court hereby VACATES the December 10, 2009 Case Management Conference and ORDERS Plaintiff's counsel, Reginald Terrell, to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Mr. Terrell shall file a declaration by December 10, 2009, and the Court shall conduct a hearing on December 17, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: December 7, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge