IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH BLACKWELL,<br><br>       Plaintiff,<br><br>   v.<br><br>INDYMAC BANK FSB, *et al.*,<br><br>       Defendants.<br>                                            / | No. C 09-4027 SI<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING CASE FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT DEADLINES** |

On December 17, 2009, Magistrate Judge James filed a Report and Recommendation recommending that this case be dismissed for failure to prosecute and failure to comply with court deadlines. Pursuant to Federal Rule of Civil Procedure 72(b)(2), any party may serve and file objections to the Report and Recommendation within 10 days after being served. No party has filed an objection to the Report and Recommendation.

The Court has reviewed the Report and Recommendation and the record in this case, and concludes that this case should be dismissed for the reasons set forth in the Report and Recommendation. Accordingly, the Court ADOPTS the Report and Recommendation and DISMISSES this case without prejudice for failure to prosecute and failure to comply with court deadlines. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: January 13, 2010

SUSAN ILLSTON
United States District Judge