IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUDITH BLACKWELL,    No. C 09-4027 SI

    Plaintiff,    **JUDGMENT**

  v.

INDYMAC BANK FSB, *et al.*,

    Defendants.
                                 /

The action has been dismissed without prejudice for failure to prosecute and failure to comply with court deadlines.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 13, 2010

                                              SUSAN ILLSTON
                                              United States District Judge

**United States District Court**
For the Northern District of California